UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY GREENHALGH,

    Petitioner,

v.

STATE OF OREGON,

    Respondent.

Civil No. 05-489-PK

ORDER

HAGGERTY, Chief Judge:

Magistrate Judge Papak has issued a Findings and Recommendation [35] in this action. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus [2] should be denied. No objections were filed, and the case was referred to me.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Magistrate Judge's Findings and Recommendation [35] is adopted. The Petition for Writ of Habeas Corpus [2] is DENIED, and judgment shall be entered dismissing this case with prejudice.

IT IS SO ORDERED.

Dated this ___ day of January, 2007.

                                                                  /s/ Ancer L. Haggerty
                                                                  Ancer L. Haggerty
                                                              United States District Judge